# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

Jonathan Lee Riches©,

Plaintiff                                    CIVIL NO

V.

ORENTHAL JAMES SIMPSON A/K/A
"O.J. Simpson";
JOHN EVANDER COUEY, A/K/A "MR. COUEY"
DEFENDANTS

## Complaint
## "A MASSIVE COUP ON MY LIFE"
## "TRO TEMPORARY RESTRAINING ORDER"

Comes Now the Plaintiff, Jonathan Lee Riches©, in pro-se, Nervous and worried O.J. SIMPSON and convicted death row inmate in Florida John Evander Couey are coming to haunt him, Moves this Honorable Court to issue a Preliminary Injunction Temporary Restraining Order against Defendants forbidding them from setting up a staging ground in Charleston South Carolina to plot against Jonathan Lee Riches© Plaintiff prays for relief.

### 1

O.J. Simpson, Ex NFL Running back is a man with connections. O.J. Simpson told a Jail House informant at the Clark County Jail in Las Vegas on 9-17-07, that when O.J. makes bail on his criminal case he is going to gather up his friends and get that cracker boy Jonathan Lee Riches© once and for all. The informant sent me a anonymous tip about this plot through my food tray.

### 2

Since 9-18-07, I've been so scared that Defendant's are going to inflict physical harm on me that I'm forced to wear a diaper, I'm a nervous reck. I always shake and grind my teeth knowing O.J. is on his way after me. Inmate O.J. Look a likes put fear in my skin.

### 3

Any day now, when O.J. makes bail he plans to get a greyhound bus in Las Vegas and round up a group of friends and drive to Charleston S.C. for a staging ground on my life. O.J. is going to stop in Arizona and collect Diamondback snakes and Grand Canyon Tourists, then he is going to pick up his friend Don Imus in New Mexico who I'm suing in U.S. District Court, District of New Mexico, they are going to stop in Waco and pick up Branch Davidians, then in Louisiana they pick up Jena 6 Attackers, Mississippi Burning, Civil Rights Marchers in Selma Alabama, Break out convicted child killer John Evander Couey in Inverness Florida, drive up to Atlanta to get Michael Vick, and then park the Greyhound Bus in Charleston South Carolina.

### 4

Defendant's plan to hire Blackwater USA and the Army Rangers who rescued Jessica Lynch to launch the attack on me at FCI Williamsburg from Charleston. I already know Defendant's paid the Jewish Mossad to plant IED's mixed with WMD's around my cell. I have to tip toe carefully to go to the hot water fountain for coffee water. The attack is planned for October 23, 2007 the Anniversary of the Marine Barracks Bombing in Beirut

### 5

Charleston South Carolina is a breeding ground for O.J. Simpson followers. Residents of Charleston conduct nightly O.J. dances and chants, wiccan howling at the moon, piercing through their noses. Defendant's plan to kidnap me from FCI Williamsburg and sacrifice me at these dances. My organs will be used for science fiction

## TRO Temporary Restraining Order

### 6

Plaintiff moves this Honorable Court to ban O.J. Simpson from Charleston. O.J. Simpson is responsible for misleading Charleston fire fighters who died in a furniture store fire. O.J. Simpson hacked into the Fire Chiefs walkie talkie with a voice changer preventing to be the fire chief and told the firefighters to enter the building. O.J. Simpson took out insurance policies on 9 fire fighters so he could collect money. This is a fraud on the Charleston People. O.J. Simpson is a dangerous man with big black gloves. Cato still works for O.J., Cato is John Evander Couey's Appeals Attorney. O.J. I'm so scared of, I feel he is going to pull the rest of my hair out.

### Conclusion

This is an Emergency TRO Temporary Restraining order, plaintiff moves for relief

Respectfully
Submitted

Jonathan Lee Riches©

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590